IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01007-PAB

KELPWORT SYSTEMS, INC.,

     Plaintiff,

v.

PECKER ACOUSTIC GMBH & CO. KG,

     Defendant.

---

## ORDER OF RECUSAL

---

     This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

     ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

     DATED May 1, 2009.

               BY THE COURT:


               s/Philip A. Brimmer
               PHILIP A. BRIMMER
               United States District Judge