IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01007-MSK-MJW

CELLPORT SYSTEMS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

PEIKER ACOUSTIC GMBH & CO.

    Defendant/Counterclaim Plaintiff.

---

## REVISED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIM
(Docket No. 18)

THIS COURT, having reviewed the Motion for Enlargement of Time to Answer or Otherwise Respond to the Counterclaim, and being fully advised in the matter, hereby GRANTS the Motion and ORDERS as follows:

Plaintiff/Counterclaim Defendant has 20 days after the Court issues an Order on the Motion to Remand to answer or otherwise respond to the Counterclaim.

Dated this 12th day of June, 2009.

BY THE COURT:

_/s/ Michael J. Watanabe_
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO