**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover          Date:  July 14, 2009
Court Reporter:   Paul Zuckerman

Civil Action No.   09-cv-01007-MSK-MJW

*Parties*:                                          *Counsel Appearing*:

CELLPORT SYSTEMS, INC.                              Lisa Hogan
                                                    Geoffrey Williamson
      Plaintiff,                                    James Pinto

v.

PEIKER ACUSTIC GMBH & CO., KG,,                     Christopher Toll
                                                    Timothy Getzoff

      Defendant.

## MINUTES OF RULE 16 CONFERENCE

**4:06 p.m.     Court in session.**

The Court addresses plaintiff's Motion for Remand (**Doc. #13**)

No further argument from counsel.

**ORDER:**     Plaintiff's Motion for Remand (**Doc. #13**) is **DENIED.**

The Court addresses whether or not a Markman hearing is necessary.

Argument by Ms. Hogan and Mr. Getzoff.

The matter has already been referred to the Magistrate Judge and the parties currently have a telephone status conference set on July 29, 2009. The parties will put together a first phase of discovery with the Magistrate Judge. The parties may file a joint motion for another Rule 16 conference before this court when the discovery is complete to proceed to the next phase of this

Judge Marcia S. Krieger
Courtroom Minutes
Page 2

case. The parties will include in their joint motion what the products are that they are seeking payment of royalties for and what portion of the license agreement they believe entitled plaintiff to be paid the royalty specifically. The parties will be prepared at the next Rule 16 hearing to address whether a Markman hearing is necessary.

**4:54 p.m.      Court in recess.**
**Total Time:   48 minutes.**
**Hearing concluded.**