IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-01007-MSK-MJW

CELLPORT SYSTEMS, INC.,

Plaintiff(s),

v.

PEIKER ACUSTIC GMBH & CO. KG,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendant Peiker's Motion to Reset Settlement Conference, DN 77, filed with the Court on February 26, 2010, is GRANTED. The Settlement Conference set on May 13, 2010, at 1:30 p.m. is VACATED. The parties shall contact the court together by calling (303) 844-2403. Counsel shall have their calendars available and be prepared to reset the settlement conference date with the court at that time.

     It is FURTHER ORDERED that the Unopposed Motion to Amend Defendant Peiker's Answer and Counterclaims, DN 76, filed with the court on February 26, 2010, is GRANTED. The Defendant Peiker's Amended Answer to Amended Complaint and Counterclaims (DN 76-2) is accepted for filing as of the date of this minute order.

Date: March 2, 2010