IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01007-MSK-MJW

CELLPORT SYSTEMS, INC.,

Plaintiff,

v.

PEIKER ACUSTIC GMBH & CO. KG,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Unopposed motion to Amend Scheduling Order [61] With Respect to Expert Witnesses **(Docket No. 102)** is **granted**. Accordingly, the deadline for the parties to designate experts and provide opposing parties and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) is extended up to and including August 16, 2010, and the deadline for the parties to designate rebuttal experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) is extended up to and including September 16, 2010.

Date: August 3, 2010