**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   09-cv-01007-MSK-MJW             FTR - Courtroom A-502

**Date:**  March 04, 2011                              Courtroom Deputy, Ellen E. Miller

_Parties_                                              _Counsel_

CELLPORT SYSTEMS, INC.,                                William D. Meyer    (by telephone)

   Plaintiff(s)/Counter Defendant(s),

v.

PEIKER ACUSTIC GMBH & CO. KG,                          Timothy P. Getzoff    (by telephone)

   Defendant(s)/Counter Claimant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   9:15 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel Discovery for oral argument.
Discussion is held as to which items listed on page 1 of the motion [Docket No. 133] have been resolved by the parties.  Item a., Item f., Item g., and Item h. are no longer in dispute.

Argument as to Items b., c., d., and e. by Mr. Meyer on behalf of plaintiff.
Response by Mr. Getzoff on behalf of defendant.
Rebuttal by Mr. Meyer.

**It is ORDERED:**     Plaintiff's  MOTION TO COMPEL DISCOVERY [Docket No. **133**, Filed January 03, 2011]  is  **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

Hearing concluded.
**Court in recess:**   10:16 a.m.
Total In-Court Time:   01:01

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.