IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01007-MSK-MJW

CELLPORT SYSTEMS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

PEIKER ACUSTIC GMBH & CO. KG,

    Defendant/Counterclaim Plaintiff.

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR *IN CAMERA* REVIEW ( Docket no 180 )

---

It is hereby ORDERED that Defendant, Peiker acustic GmbH & Co. KG's Unopposed Motion for *In Camera* Review is granted. Defendant shall provide documents, PEIKER025512, 25515, 25517, 25519, 25522, and 25525 (including a full translation) for *in camera* inspection in a sealed envelope for delivery to Magistrate Judge Watanabe's Chambers on or before August 31, 2011, Room A-532.

Dated: August 24th, 2011.

BY THE COURT,

_____
Magistrate Judge Michael J. Watanabe

5210132_1.DOCX