IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 09-cv-01007-RBJ-MJW

CELLPORT SYSTEMS, INC.,

 Plaintiff,

v.

PEIKER ACUSTIC GMBH & CO. KG,

 Defendant.

ORDER GRANTING MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL

 THIS MATTER having come before the Court on the Motion to Stay Execution of Judgment Pending Appeal [Docket #273] filed by Defendant Peiker acustic GmbH & Co. KG (Peiker), pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(a), and the Court being fully advised in the premises,

 FINDS that there is good cause shown to stay, pending appeal, execution of or any proceedings to enforce the Judgment entered in this action on January 3, 2013, and

 FURTHER FINDS that Peiker has tendered a Supersedeas Bond that is good and adequate security for the January 3, 2013 Judgment, and

 ORDERS that execution of, or any proceedings to enforce, the Judgment entered in this action on January 3, 2013 are stayed until the date the United States Court of Appeals for the Tenth Circuit or the Federal Circuit issues its mandate in the appeal and conditional cross-appeal that have been taken from the January 3, 2013 Judgment.

DATED this 16th day of July, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge