**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-01007-RBJ-MJW

CELLPORT SYSTEMS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

PEIKER ACUSTIC GMBH & CO. KG,

    Defendant/Counterclaim Plaintiff.

---

**ORDER VACATING STAY ORDER**
**AND APPROVING RELEASE OF SUPERSEDEAS BOND**

---

This matter comes before the Court on the unopposed motion [ECF No. 291] of Defendant Peiker acustic GmbH & Co. KG ("Peiker") to vacate the Court's July 16, 2013 Order Granting Motion to Stay Execution of Judgment Pending Appeal (Dkt. #274) (the Stay Order), and to approve the release of Supersedeas Bond No. 105887021 (the "Supersedeas Bond") that Peiker provided as security for the Stay Order.  The parties have stipulated that Peiker has satisfied the existing $613,443 judgment, plus applicable pre-and post-judgment interest, in full. The Court GRANTS Peiker's motion [ECF No. 291] and ORDERS that the Stay Order is vacated.  The Supersedeas Bond is no longer required and is fully and unconditionally discharged, released and exonerated.  Travelers Casualty and Surety Company of America, the surety under the Supersedeas Bond, is released from any and all past, present and future liability arising under or in connection with the issuance of the Supersedeas Bond.

2

Dated this 21st day of October, 2014.

BY THE COURT:

_____
U.S. District Judge R. Brooke Jackson

7260631_1